UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-cr-80162-Hurley/Hopkins

UNITED STATES OF AMERICA

v.

AVIATION FUEL INTERNATIONAL,
INC. and SEAN E. WAGNER,

        Defendants.
_____/

**UNITED STATES' FIRST RESPONSE TO
COURT'S STANDING DISCOVERY ORDER**

       The United States of America, by and through the undersigned Trial Attorneys, hereby files this first response to the Standing Discovery Order. This response complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A. On September 19, 2013, September 27, 2013, and October 4, 2013, the United States provided defendant Wagner electronic copies of all the discoverable documents produced via grand jury subpoena and obtained through search warrants relevant to this investigation, as well as, discovery logs describing these documents pursuant to Section (a) (5) of the Standing Discovery Order. In addition, on September 19, 2013, the United States provided defendant Wagner with copies of interview reports and court pleadings relevant to this trial. The United States will continue to provide defendant Wagner with any additional documents as they become available.

   1. The United States is aware of one consensually recorded phone call involving defendant Wagner. A copy of that phone call was produced to defendant Wagner on September 19, 2013

2. The United States does not intend to offer in evidence at trial any statement made by defendant Wagner before or after his arrest in response to interrogation by a then known-to-be government agent.

3. Defendant Wagner did not testify before the grand jury in relation to the offenses charged.

4. Defendant Wagner has no prior arrest and conviction record.

5. As described above, materials have already been provided to defendant Wagner.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. The United States requests disclosure and production of materials pursuant to Section (b) (1) to (3) of the Standing Discovery Order. This request for reciprocal discovery is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The United States will timely provide defendant Wagner, pursuant to Section (c) of the Standing Discovery Order, with a letter detailing any information known to the United States that could potentially fall within the scope of *Brady* and *Agurs*.

D. The United States has disclosed, and will continue to do so, any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses that fall within the scope of *Giglio* and *Napue,* pursuant to Section (d) of the Standing Discovery Order.

E. On September 19, 2013, the United States provided defendant Wagner with any records of prior convictions for potential government witnesses pursuant to Section (e) of the Standing Discovery Order.

F. Defendant Wagner was not identified in any lineup or similar identification proceeding with respect to Section (f) of the Standing Discovery Order.

G. The United States has advised, and will continue to advise, all agents and officers involved in this case to preserve all rough notes pursuant to Section (g) of the Standing Discovery Order.

H. The United States will timely advise defendant Wagner of its intent, if any, to introduce during its case-in-chief proof of evidence pursuant to F.R.E. 404(b) and Section (h) of the Standing Discovery Order. Defendant Wagner is hereby on notice that all evidence made available to him for inspection or provided copies thereof may be offered in the trial under F.R.E. 404(b) or otherwise, including the inextricably-intertwined doctrine.

I. Defendant Wagner is not an aggrieved person, as defined in 18 U.S.C. § 2510(11), of any electronic surveillance as described in Section (i) of the Standing Discovery Order.

J. The United States has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the United States at trial and will provide such transcripts to defendant Wagner in a timely manner pursuant to Section (j) of the Standing Discovery Order.

K. No contraband is involved in this case.

L. No automobile, vessel or aircraft is involved in this case.

M. The United States is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of defendant Wagner.

N. To date, the United States has not received from defendant Wagner a request for a written summary of expert testimony that the United States reasonably expects to offer at trial pursuant to Section (n) of the Standing Discovery Order.

O. The United States will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial pursuant to Section (o) of the Standing Discovery Order.

P. The United States is prepared to collaborate with defense counsel on a written statement setting forth the discovery exchanged and any stipulations reached.  The United States will seek written stipulation to agreed facts in this case, to be signed by defendant Wagner and his counsel.  **The parties have set a date to meet and confer regarding stipulations on November 6, 2013**.

The United States is aware of its continuing duty to disclose newly discovered additional information required by the Standing Discovery Order, Rule 16 of the Federal Rules of Criminal Procedure, *Brady*, *Agurs*, *Giglio* and *Napue*.

DATED this 9th day of October, 2013.        Respectfully submitted,

/s/_Craig Lee_____
Craig Y. Lee, Bar #A5501111
Shane Cralle, Bar #A5501839
Natasha Smalky, Bar #A550185
Trial Attorneys
National Criminal Enforcement Section
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11300
Washington, DC 20530
(202) 307-1044 (office)
Craig.Lee@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2013, a true and correct copy of the foregoing was filed electronically through the Electronic Case Filing System.

/s/ Craig Lee
Craig Y. Lee, Trial Attorney
Special Bar No. A5501111
National Criminal Enforcement Section
Antitrust Division
U.S. Department of Justice
450 Fifth Street NW, Suite 11300
Washington, DC  20530
(202) 307-1044 (office)
Craig.Lee@usdoj.gov